UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:  NICOLE GUGLIELMETTI　　　　　　　　　　　　　　　BK No. 19-10127

## MOTION TO TERMINATE LOSS MITIGATION

Now comes the Debtor and hereby requests that Loss Mitigation be withdrawn from the docket. As grounds, Loss Mitigation has been denied by the lender, and the appeal of denial has also been rejected.

This motion is not to be deemed a waiver of any right Debtor may have.

　　　　　　　　　　　　　　　　　　Debtors
　　　　　　　　　　　　　　　　　　By their Attorneys,

　　　　　　　　　　　　　　　　　　/s/RUSSELL D. RASKIN
　　　　　　　　　　　　　　　　　　BC #1880
　　　　　　　　　　　　　　　　　　RASKIN & BERMAN
　　　　　　　　　　　　　　　　　　116 East Manning Street
　　　　　　　　　　　　　　　　　　Providence, RI 02906
　　　　　　　　　　　　　　　　　　(401) 421-1363
　　　　　　　　　　　　　　　　　　mail@raskinberman.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the Motion to Terminate Loss Mitigation with the Clerk of the Bankruptcy Court for the Massachusetts using the CM/ECF System. The following participants have received notice electronically:

- Gary L. Donahue     ustpregion01.pr.ecf@usdoj.gov
- Lisa A. Geremia     lisa@geremiademarco.com, RI03@ecfcbis.com
- Tatyana P. Tabachnik     bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants:

Ms. Nicole Guglielmetti
114 Wakefield St
West Warwick, RI 02893


/s/ESTHER RASKIN